THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN HURT | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-895-SDJ |
| | § | |
| AMPCUS, INC. | § | |

## ORDER

It has been twenty-four days since the Court adopted the Report and Recommendation of the United States Magistrate Judge in this case, in which the Court denied Plaintiff's motion to remand and dismissed Plaintiff's complaint without prejudice. *See* (Dkt. #27 at 1). The Court further instructed Plaintiff to amend his complaint in a manner that complied with the pleading requirements of the Federal Rules of Civil Procedure within fourteen days or face dismissal of the case. No amended complaint has been filed.

Therefore, the Court **ORDERS** that Plaintiff John Hurt has **fourteen days** from the date of this order to amend his complaint in a manner that complies with the pleading requirements of the Federal Rules of Civil Procedure. If Plaintiff fails to do so, the Court will dismiss the case without prejudice under Federal Rule of Civil Procedure 41.

**So ORDERED and SIGNED this 22nd day of October, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE