THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN HURT | § § § | |
| v. | § | CIVIL NO. 4:23-CV-895-SDJ |
| AMPCUS, INC. | § § | |

**ORDER**

---

**CERTIFIED MAIL**

7021 0950 0000 6781 1876

US POSTAGE — PITNEY BOWES
ZIP 75090 $ 009.64
OCT 22 2024

**RECEIVED**
NOV 18 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

STATES DISTRICT COURT
ERN DISTRICT OF TEXAS
E. PECAN ST., SUITE 112
ERMAN, TEXAS 75090
OFFICIAL BUSINESS

John Hurt
3868 Wintergreen Drive
Plano, TX 75074

NIXIE    750    FE 1    0011/15/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 75090598937    *0934-01451-22-42